Order issued September 25, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-10-01541-CV

**ELYAHOU LAVIZADEH AND PARVANEH LAVIZADEH, TRUSTEES OF THE ELYAHOU AND PARVANEH LAVIZADEH TRUST 2004, Appellants**

**V.**

**HIGHLAND PARK INVESTMENTS, LLC, ALI A MOGHADAM, FRANK C. MAMONE, SHANE C. MAMONE, KAVEH HAKIMIAN, AND FARSHID FADAKAR, Appellees**

## ORDER

Appellees' motion to postpone oral argument is **GRANTED**. This Court will reset the case for oral argument at a later date.


_____
DAVID L. BRIDGES
JUSTICE